USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/29/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVARES HOBBS, RICARDO BELL, and ROBERT SHAW, on behalf of themselves and all others similarly situated,

            Plaintiffs,

-against-

KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

            Defendants.

21 Civ. 1421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' pre-motion letters dated April 16 and 23, 2021, ECF Nos. 23–24. Accordingly,

1. Defendants' request for leave to file a motion to strike and/or to dismiss is GRANTED;
2. By **May 13, 2021**, Plaintiffs shall amend their complaint, if they wish;
3. By **June 17, 2021**, Defendants shall file their motion to strike and/or to dismiss, if they still wish upon review of the amended complaint;
4. By **July 8, 2021**, Plaintiffs shall file their opposition papers;
5. By **July 22, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: April 29, 2021
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge