UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVARES HOBBS, RICARDO BELL, and ROBERT SHAW, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

Defendants.

21 Civ. 1421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the parties' joint letter dated June 22, 2021. ECF No. 41. Accordingly, the conference scheduled for June 29, 2021, is ADJOURNED *sine die* pending resolution of Defendants' motion to dismiss and strike, ECF No. 40.

SO ORDERED.

Dated: June 24, 2021
New York, New York

ANALISA TORRES
United States District Judge