UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVARES HOBBS, RICARDO BELL, and
ROBERT SHAW, on behalf of themselves and all
others similarly situated,

Plaintiffs,

-against-

KNIGHT-SWIFT TRANSPORTATION
HOLDINGS, INC., and SWIFT
TRANSPORTATION CO. OF ARIZONA, LLC,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/14/2022

21 Civ. 1421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 12, 2022, the Court denied Defendants' motions to dismiss and motion to strike class allegations. ECF No. 46. Accordingly, by **January 28, 2022**, the parties shall submit a joint letter informing the Court if they wish to proceed with the District's Mediation Program and a jointly proposed case management plan. The parties are directed to consult the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

SO ORDERED.

Dated: January 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge