```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC,

                    Defendants.

1:21-cv-01421 (AT) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Monday, February 7, 2022, at 12:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:      New York, New York
                 February 1, 2022

                                      _____
                                      STEWART D. AARON
                                      United States Magistrate Judge