USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TAVARES HOBBS, RICARDO BELL, and
RICARDO SHAW, on behalf of themselves and all
others similarly situated,

      Plaintiffs,

-against-

KNIGHT-SWIFT TRANSPORTATION
HOLDINGS, INC., and SWIFT
TRANSPORTATION CO. OF ARIZONA, LLC

      Defendants.
-------------------------------------------------------------- x

Case No. 21-CV-01421 (JLR) (SDA)

**JOINT STIPULATION AND <s>PROPOSED</s> ORDER REGARDING SCHEDULE FOR MANAGER DEPOSITIONS**

  **WHEREAS**, on October 11, 2022, the Court issued an order approving the Parties' proposed schedule regarding, *inter alia*, conducting depositions of Defendants' Terminal Leaders and Driver Leaders (ECF 72);

  **WHEREAS**, the Court's October 11 Order provides that depositions of Defendants' Terminal Leaders and Driver leaders must be completed "within 75 days of the Court's issuance of an Order resolving the Parties' cross motions regarding class certification." (ECF 72);

  **WHEREAS**, on February 9, 2023, Magistrate Judge Aaron issued a Report and Recommendation as to the Parties' cross motions regarding class certification (ECF 93);

  **WHEREAS**, Plaintiffs and Defendants have each filed objections to the Report and Recommendation (ECF 96-99);

  **WHEREAS**, the Court has not yet issued an Order regarding Magistrate Judge Aaron's Report and Recommendation or resolving the Parties' cross motions regarding class certification;

  **WHEREAS**, the Parties have a mutual understanding that their proposed schedule for conducting depositions of Defendants' Terminal Leaders and Driver Leaders and the Court's Order approving the same requires that such depositions be completed within 75 days of District

-1-

Judge Rochon's issuance of an Order resolving the cross motions regarding class certification, as opposed to within 75 days of Magistrate Judge Aaron's Report and Recommendation;

**WHEREAS**, to the extent there is any ambiguity regarding the Order setting the schedule for depositions of Defendants' Terminal Leaders and Driver Leaders (ECF 72), the Parties agree that the 75-day period to conduct such depositions is triggered by District Judge Rochon's issuance of an Order resolving the cross motions regarding class certification.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, that, subject to the approval of the Court, depositions of Defendants' Terminal Leaders and Driver Leaders must be completed within 75 days of District Judge Rochon's issuance of an Order resolving the cross motions regarding class certification.[1]

Dated: New York, New York
       March 16, 2023

*for Plaintiffs*

/s/ Nathan Piller
Nathan Piller
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel.: (415) 421-7100
npiller@schneiderwallace.com

*for Defendants*

/s/ Brian Murphy
Brian Murphy
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112-0015
Tel.: (212) 653-8700
bmurphy@smrh.com

---

[1] Nothing in this Stipulation shall serve as a waiver of any right or basis for Defendants to object to any deposition, seek a protective order in accordance with Fed. R. Civ. P. 26(c), or otherwise seek relief from the Court related to such depositions.

2

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' Stipulation, and good cause appearing, the Court HEREBY issues the following ORDER:

Depositions of Defendants' Terminal Leaders and Driver Leaders must be completed within 75 days of District Judge Rochon's issuance of an Order resolving the cross motions regarding class certification.

DATE: March 17, 2023

_____
HON. STEWART D. AARON
United States Magistrate Judge