USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>-against-<br><br>Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC,<br><br>                        Defendants. | 1:21-cv-01421 (JLR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Tuesday, June 20, 2023, the parties shall file a joint letter setting forth a proposed schedule for limited discovery regarding numerosity and Plaintiffs' anticipated renewed motion for class certification. If the parties cannot agree on a proposal, the joint letter shall set forth their separate proposals.

SO ORDERED.

DATED:    New York, New York
          June 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge