**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2023

November 2, 2023

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Application GRANTED. No later than one week after the mediation is complete, or on January 31, 2024, whichever is earlier, the parties shall file a joint letter regarding the status of this action and shall set forth a proposed briefing schedule as appropriate.
> SO ORDERED.
> Dated: November 2, 2023

Re:   *Hobbs v. Knight-Swift Transportation Holdings, Inc., et ano.*
      No. 21-CV-01421

Dear Judge Aaron:

We represent Defendants Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC (together, "Swift") in this matter. Pursuant to this Court's Order dated October 16, 2023, (ECF No. 118), we submit this letter jointly with Counsel to Plaintiffs to advise the Court that the Parties have agreed to schedule a mediation and therefore request a stay of all proceedings, including the current class certification briefing deadline of December 4, 2023, pending the outcome of the mediation.

The Parties intend to solicit dates from an agreed-upon mediator to schedule the session on the earliest convenient date. The Parties propose that they advise the Court of the outcome of the mediation one-week after it concludes. If the mediation is successful, the Parties will, in that submission, provide the Court with a proposed schedule for briefing of a motion for settlement approval. If the mediation is unsuccessful, the Parties will, in turn, propose a briefing schedule for class certification motions consistent with the prior briefing schedule.

The requested stay does not impact any other current deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4872-0260-2892.1

cc:   All Counsel of Record