**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**-against-**

**Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC,**
**Defendants.**

**1:21-cv-01421 (JLR) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that, no later than June 27, 2025, the parties shall submit a joint letter setting forth proposed deadlines for the completion of fact and expert discovery. The parties also shall include in the letter whether they would like to proceed with a settlement conference before the undersigned or be referred to mediation. If the parties prefer to proceed with a settlement conference, the letter shall include four mutually agreeable dates when all parties and counsel are available to hold the conference (either remotely or in person).

**SO ORDERED.**

Dated:      New York, New York
            June 18, 2025

STEWART D. AARON
United States Magistrate Judge