

SCHNEIDER WALLACE
COTTRELL KONECKY LLP

June 27, 2025

**VIA ECF**
Hon. Stewart D. Aaron
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

ENDORSEMENT: The parties' proposed schedule is
approved. The parties shall expect no further
extensions of the discovery deadlines. SO ORDERED.
Dated: July 1, 2025

Re:    *Hobbs v. Knight-Swift Transportation Holdings, Inc., et ano.*
       No. 21-CV-01421

Dear Judge Aaron:

Along with co-counsel OUTTEN & GOLDEN LLP, we are class counsel in the above-captioned action. Pursuant to this Court's Order of June 18, 2025 (ECF 162), we write with Defendants Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC (together, "Defendants"), to propose deadlines for the completion of fact and expert discovery, among other case management deadlines, and to advise the Court as to whether the Parties would like to proceed with a settlement conference before Your Honor or be referred to the Court's mediation panel.

The Parties propose the following deadlines for the completion of fact and expert discovery:

- Parties to Submit Proposed Class Notice to Court Pursuant to FRCP 23(c)(2): July 30, 2025
- Close of Fact Discovery: December 19, 2025
- Exchange of Expert Disclosures Pursuant to 26(a)(2): February 6, 2026
- Exchange of Rebuttal Expert Disclosures Pursuant to 26(a)(2): April 7, 2026
- Expert Discovery Cutoff: June 1, 2026

  *Any Motion for Summary Judgment shall be filed in accordance with Judge Rochon's Individual Rules of Practice in Civil Cases

In addition, the Parties report that at this time they do not wish to proceed with a settlement conference before Your Honor or be referred to the Court's mediation panel. However, the Parties have had preliminary discussions concerning potential resolution and, if productive, may request a stay of the above-referenced deadlines to accommodate a settlement conference or mediation.



June 27, 2025
Page 2 of 2

Respectfully Submitted,

SCHNEIDER WALLACE
COTTRELL KONECKY

/s/ *Nathan B. Piller*
Nathan B. Piller
for **SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

cc:      All Counsel of Record