UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>            -against-<br><br>Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC,<br>                    Defendants. | 1:21-cv-01421 (JLR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby Ordered that Defendants shall meet and confer with Plaintiffs, as needed, and, no later than September 16, 2025, file a letter regarding the status of their efforts to identify the remaining class members and the feasibility of utilizing artificial intelligence-assisted review to do so.

**SO ORDERED.**

Dated:    New York, New York
         September 9, 2025

_____
STEWART D. AARON
United States Magistrate Judge