UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC,<br>　　　　　　　　　Defendants. | 1:21-cv-01421 (JLR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

　　　Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby Ordered that, no later than November 17, 2025, the parties shall file a joint letter setting forth: (1) the parties' respective positions with respect to any remaining discovery disputes regarding the issues set forth in their October 31, 2025 letter (*see* Joint Letter, ECF No. 180) and (2) the parties' respective positions regarding the scheduling of a settlement conference. If, as of that date, one or both parties seek an extension of the fact discovery deadline of December 19, 2025, they also shall set forth their respective positions as to any extension and a proposed deadline for, at most, a modest extension.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　November 7, 2025

　　　　　　　　　　　　　　　　　　／s／ Stewart D. Aaron
　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　United States Magistrate Judge