**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

January 23, 2026

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
for the Southern District of New York
500  Pearl Street
New York, NY 10007-1312

> The parties' request to adjourn the settlement conference scheduled for February 3, 2026 is GRANTED. The Court separately shall address a schedule for the motion for settlement approval and fairness hearing after consulting with District Judge Rochon. SO ORDERED.
>
> Dated: January 27, 2026

Re:    *Hobbs v. Knight-Swift Transportation Holdings, Inc., et ano.*
       No. 21-CV-01421

Dear Judge Aaron:

As the Court is aware, we represent Defendants Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC (together, "Swift") in this matter.  We write jointly with Counsel to Plaintiffs to request that the Court adjourn the settlement conference scheduled for February 3, 2026 at 2PM and vacate all other case-related deadlines.

The Parties appear to have reached a settlement in principle dispensing with the need to burden the Court.  The Parties anticipate consummating a settlement and being in a position to submit a settlement agreement for the Court's review and a fairness hearing no later than March 6, 2026.  The Parties are cognizant of the somewhat delayed timeline, but believe it is necessary under the circumstances.

We thank the Court for its attention to this matter and its assistance throughout this case.  Please do not hesitate to contact the Parties with any questions.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4908-8849-8057.1
cc:      All Counsel of Record