**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tavares Hobbs, et al., <br><br>                                    **Plaintiffs,**<br><br>          **-against-**<br><br> Knight-Swift Transportation Holdings, Inc., et al.,<br><br>                                    **Defendants.** | **1:21-cv-01421 (JLR) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that the parties shall file their motion for preliminary approval of the class settlement no later than March 6, 2026. It is further Ordered that, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, the parties shall discuss whether they are willing to consent to the undersigned for all further proceedings in this matter, pursuant to 28 U.S.C. § 636(c), including the required fairness hearing. No later than February 13, 2026, the parties shall either submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf or file a joint letter advising the Court that the parties do not consent without disclosing the party or parties who do not consent. The parties are free to withhold their consent without adverse consequences.

**SO ORDERED.**

Dated:    New York, New York
              January 30, 2026

_____
STEWART D. AARON
United States Magistrate Judge