**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

May 12, 2026

**VIA ECF**

The Letter Motion filed at ECF No. 198 is GRANTED. The Court thanks the Swift representative for their service to our country. The deadline for Plaintiffs to file their motion for preliminary approval of the class action settlement is extended to June 15, 2026. SO ORDERED.

Dated: May 13, 2026

Hon. Stewart D. Aaron
United States District Court
for the Southern District of New York
500  Pearl Street
New York, NY 10007-1312

Re:     *Hobbs v. Knight-Swift Transportation Holdings, Inc., et ano.*
        No. 21-CV-01421

Dear Judge Aaron:

        As the Court is aware, we represent Defendants Knight-Swift Transportation Holdings, Inc. and Swift Transportation Co. of Arizona, LLC (together, "Swift") in this matter.  We write jointly with Counsel to Plaintiffs to request that the Court further extend the deadline for Plaintiffs to file their motion for preliminary settlement approval of the class action settlement from May 18, 2026 to June 15, 2026, as reflected in the accompanying Joint Stipulation and Proposed Order.

        The reason for this letter is to explain the circumstances prompting this third request for an extension.  The Parties continue to work collaboratively on finalizing the draft settlement agreement.  However, Swift has been unable to finalize its position on certain issues because the in-house representative for Swift that has overseen this matter is a military reservist and has been deployed abroad.  He is expected to return to the United States shortly, at which time Swift will be able to provide Plaintiffs with input on the limited outstanding issues.

        We appreciate the Court's attention to this matter and its consideration of this request.

                                Respectfully submitted,

                                /s/ Brian D. Murphy

                                Brian D. Murphy
                                for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4901-2576-8362.1
cc:     All Counsel of Record