**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Tavares Hobbs, et al.,** | |
| **Plaintiffs,** | **1:21-cv-01421 (JLR) (SDA)** |
| **-against-** | **ORDER FOR** <br> **TELEPHONE CONFERENCE** |
| **Knight-Swift Transportation Holdings, Inc., et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference on Monday, June 15, 2026, at 2:30 p.m. to address the Letter Motion filed at ECF No. 200. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:    New York, New York
         June 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge