UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

TAVARES HOBBS, RICARDO BELL, and
ROBERT SHAW, on behalf of themselves and all
others similarly situated,

                  Plaintiffs,

-against-

KNIGHT-SWIFT TRANSPORTATION
HOLDINGS, INC., and SWIFT
TRANSPORTATION CO. OF ARIZONA, LLC

                  Defendants.

-------------------------------------------------------------------- x

Case No. 21-CV-01421 (JLR) (SDA)

**JOINT STIPULATION AND
~~PROPOSED~~ ORDER RE: EXTENSION
OF DEADLINE FOR PLAINTIFFS TO
FILE MOTION FOR PRELIMINARY
APPROVAL**

**WHEREAS**, the Parties notified the Court in a joint letter on January 23, 2026 that they had reached a settlement in principle;

**WHEREAS**, the Court ordered to file their motion for preliminary approval of the class action settlement, most recently, by June 15, 2026;

**WHEREAS**, the Parties continue to negotiate and draft the terms of the long-form class action settlement agreement at arms-length and the Parties agree additional time is required to finalize the agreement;

      **IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

The deadline for Plaintiffs to file their motion for preliminary approval of the class action settlement is extended to July 15, 2026.

Dated: New York, New York
       June 12, 2026

*for Plaintiffs*

/s/ Frank J. White, Jr.
Frank J. White Jr.
SCHNEIDER WALLACE COTTRELL
KIM LLP
2000 Powell Street, Suite 1400

*for Defendants*

/s/ Brian Murphy
Brian Murphy
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza

Emeryville, CA 94608
Tel.: (415) 421-7100
fwhite@schneiderwallace.com

New York, NY 10112-0015
Tel.: (212) 653-8700
bmurphy@smrh.com

SO ORDERED.

Dated: June 15, 2026

_____
Hon. Stewart D. Aaron
United States Magistrate Judge