**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**-against-**

**Knight-Swift Transportation Holdings, Inc. et al.,**

**Defendants.**

**1:21-cv-01421 (JLR) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

It is hereby ORDERED that the parties shall appear for a telephone conference on Friday, August 28, 2026 at 12:00 p.m. to address the pending Motion for Preliminary Approval of the Proposed Class Action Settlement. (Mot. for Prelim. Approval, ECF No. 205.) At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

During the conference, the parties shall be prepared to address, in particular: (1) the impact of the proposed dismissal of Class C and associated subclasses without prejudice; and (2) the parties' reliance on the Court's previous findings that the requirements of Rule 23(a) and (b) had been met, even though the proposed settlement classes do not mirror the classes certified by the Court, which included High Value Load subclasses.

**SO ORDERED.**

DATED: New York, New York
August 10, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge