**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**-against-**

**Knight-Swift Transportation Holdings, Inc. et al.,**

**Defendants.**

**1:21-cv-01421 (JLR) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that, no later than October 2, 2026, the parties shall file supplemental briefing addressing: (1) the notice issues discussed during the conference, including whether notice is mandatory under Rule 23(c) and/or Rule 23(e) and, if notice is discretionary, the factors the Court should consider in deciding whether to direct notice; (2) the High Value Load subclasses; and (3) whether the maximum potential recovery should take into account liquidated damages or damages other than those currently included, and, if so, providing revised calculations of the percentage of recovery.

**SO ORDERED.**

DATED: New York, New York
August 28, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge