**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Tavares Hobbs, Ricardo Bell and Robert Shaw, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**-against-**

**Knight-Swift Transportation Holdings, Inc. et al.,**

**Defendants.**

**1:21-cv-01421 (JLR) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

It is hereby ORDERED that, no later than December 9, 2026, the parties shall file the revised proposed class notice and proposed Order that includes Class C. (*See* 11/24/26 Order, ECF No. 217, at 4.)

**SO ORDERED.**

Dated: New York, New York
November 25, 2026

STEWART D. AARON
United States Magistrate Judge